Clerk to:

The Honorable Kent A. Jordan                    05-21-05

May I please receive a docket sheet on both:

Filed 07-19-04        Civil Case #: 04-CV-708-KAJ
                              and
Filed 02-09-05        Habeas Action #: 04-1368-KAJ

for my viewing and file. Please!!

                Albert A. Muto
                Sbi 143617
                D.C.C.
                1181 Paddock Rd
                Smyrna, De  19977

RE: STATUS:     CA 04-708 KAJ
docket sheet:   04-1368 KAJ

FILED
MAY 24 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



Office of Clerk to:
The Honorable Kent A. Jordan
United States District Court
844 N. King Street, Lock Box 18
Wilmington, Delaware
19801-3570

I/M MuTo A. A.
SBI# 143617    UNIT ___
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977