OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 25, 2005

TO:   Albert Angelo Muto
      DCC
      SBI# 143617

**RE:   Status Letter and Copywork; 04-708 KAJ**

Dear Mr. Muto:

　　This office received a letter from you requesting the status of your case. Your case is assigned to the Honorable Kent A. Jordan, and is pending before the Court. You will be advised by the Court as to further developments in your case.

　　Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copies (including docket sheets) is fifty ($.50) cents per page. **A copy of the docket is enclosed, free of charge for this request only. Should you require copies (including docket sheets) in the future**, please be aware of this fee requirement. Prepayment should be sent with your request, check or money order payable to Clerk, U.S. District Court.

　　I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

　　　　　　　　　　　　　　　Sincerely,

/bad 　　　　　　　　　　　　　PETER T. DALLEO
　　　　　　　　　　　　　　　CLERK

cc:
enc. Docket Sheet



(20)

Clerk to:

— The Honorable Kent A. Jordan       05-21-05

May I please receive a docket sheet on both:

Filed 07-19-04          Civil Case #: 04-CV-708-KAJ
                              and
Filed 02-09-05         Habeas Action #: 04-1368-KAJ

for my viewing and file. Please!!

                                          Albert A. Muto
                                          Sbi 143617
                                          D.C.C.
                                          1181 Paddock Rd
                                          Smyrna, De   19977

RE: Status;     CA 04-708 KAJ
     docket sheet;   04-1368 KAJ

MAY 2 4 2005
U.S.
BD scanned