Honorable Kent A. Jordan

Plaintiff
Albert Angelo Muto

FILED
JUN - 6 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

V                           # 1:04-cv 00708-KAJ

Defendant's
William J. Gorman
Priscilla L. Farr        } eT AL
Warden Raphael Williams

This is a Jury demand notice for said and also I would like to reiterate motion to Amend adding "Sean Dial" Corporal for mail room and again Warden Raphael Williams 08-09-2004

Wherefore, Plaintiff prays this Honorable Court grant the enclosed

May 26, 2005           Albert Angelo Muto
                       Sbi 143617
                       Delaware Correctional Center
                       1181 Paddock Road
                       Smyrna, Delaware
                           zip  19977





Clerk of Court
Honorable Kent A. Jordan
United States District CT
844 N. King St, Lockbox 18
Wilmington Delaware
19801-3570

I/M MUTO A.A.
SBI# 143617  UNIT _____
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S. X-RAY