Sep-19-2005

Honorable Kent A. Jordan
Clerk of Courts

I am requesting two docket sheets and status for the following two different cases (one of each Please!!)

1st 04-1368 K.A.J
1st motion-10-20-2004
and also

2nd 04-CV 0708 K.A.J
1st motion 04-29-2004

Sincerely
Millet Angel Shuto
SBI 143617

FILED
SEP 2 6 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

P.S. Thank you in advance for your help

I/M MUTO A.A.
SBI# 143617   UNIT Shu
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
United States District Ct.
844 N. King ST Lockbox 18
Wilmington Delaware
zip 19801-3570

Dominus Vobiscum

★ Legal Mail ★